Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13151−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dana N. Spivey
   aka Dana N. Spivey, aka Dana N. Reid
   450 S. Hawthorne Street
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−4865

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/26/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 26, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dana N. Spivey  
    Debtor

Case No. 21-13151-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 26, 2021      Form ID: 148      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana N. Spivey, 450 S. Hawthorne Street, Lindenwold, NJ 08021-1766 |
| 519186554 | + | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 519186557 | | Caponeauto, P.O.Box 1928, Tempe, AZ 85280-1928 |
| 519186561 | + | Dsrm Nt Bk, 7201 Canyon Dr, Amarillo, TX 79110-4339 |
| 519186567 | + | Merrick, 55 East Ames Ct, Plainview, NY 11803-2304 |
| 519202480 | + | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 519186569 | | NJR Clean Energy Ventures II Corporation, 1415 Wyckoff Rd, Belmar, NJ 07719 |
| 519229523 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 519186572 | | Roundpoint, PO BOX 19409, Charlotte, NC 28219-9409 |
| 519186573 | + | Roundpoint, PO Box 674150, Dallas, TX 75267-4150 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519236051 | + | EDI: ATTWIREBK.COM | Aug 27 2021 00:28:00 | AT&T Corp, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519235939 | + | EDI: CINGMIDLAND.COM | Aug 27 2021 00:28:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519186555 | + | EDI: DVTM.COM | Aug 27 2021 00:28:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 519188338 | + | EDI: DVTM.COM | Aug 27 2021 00:28:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519191210 | + | EDI: AISACG.COM | Aug 27 2021 00:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519186556 | + | EDI: CAPITALONE.COM | Aug 27 2021 00:28:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519186558 | + | EDI: PHINGENESIS | Aug 27 2021 00:28:00 | Cb Indigo/Gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 519186559 | + | Email/Text: bankruptcy@credencerm.com | Aug 26 2021 20:28:00 | Credence Resource Mgt, PO Box 1253, Southgate, MI 48195-0253 |
| 519186560 | + | EDI: CCUSA.COM | Aug 27 2021 00:28:00 | Credit Coll, 16 Distributor Drive, Morgantown, WV 26501-7209 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519186566 | + | EDI: CITICORP.COM | Aug 27 2021 00:28:00 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 519208614 | + | EDI: AIS.COM | Aug 27 2021 00:28:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519186562 | + | EDI: PHINGENESIS | Aug 27 2021 00:28:00 | Feb Destiny/Gf, 15220 Nw Greenbrierpkwy, Beaverton, OR 97006-5744 |
| 519186563 | + | EDI: AMINFOFP.COM | Aug 27 2021 00:28:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519186564 | + | EDI: IIC9.COM | Aug 27 2021 00:28:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519186565 | + | EDI: CHASEAUTO | Aug 27 2021 00:28:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 519231902 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519201307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2021 20:37:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519186568 | + | EDI: CBS7AVE | Aug 27 2021 00:28:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519186571 | | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio Rc, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 519236541 | | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Jcp, POB 41067, Norfolk VA 23541 |
| 519236538 | | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519186570 | + | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519237877 | + | EDI: JEFFERSONCAP.COM | Aug 27 2021 00:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519207365 | | EDI: Q3G.COM | Aug 27 2021 00:28:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519186574 | + | EDI: RMSC.COM | Aug 27 2021 00:28:00 | Syncb/Care, P O Box 276, Dayton, OH 45401-0276 |
| 519186575 | + | EDI: RMSC.COM | Aug 27 2021 00:28:00 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 519186576 | | EDI: RMSC.COM | Aug 27 2021 00:28:00 | Syncb/Peac, C/O P.O. Box 965036, Orlando, FL 32896-5036 |
| 519187932 | + | EDI: RMSC.COM | Aug 27 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519239610 | + | EDI: AIS.COM | Aug 27 2021 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519186577 | + | EDI: VERIZONCOMB.COM | Aug 27 2021 00:28:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**

cr          *+          NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Antonio G. Bonanni
on behalf of Creditor Bridgecrest Credit Company  LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

Denise E. Carlon
on behalf of Creditor Carisbrook Asset Holding Trust. If jurisdiction requires Trustee language: U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jose R. Torres
on behalf of Debtor Dana N. Spivey jrt@torreslegal.com 3754@notices.nextchapterbk.com

Rebecca Ann Solarz
on behalf of Creditor Carisbrook Asset Holding Trust. If jurisdiction requires Trustee language: U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding rsolarz@kmllawgroup.com

Travis Graga
on behalf of Creditor NJR Clean Energy Ventures Corporation tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7